UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERESA SILVAS,

    Plaintiff,

                                   Case No. 11-cv-12510

v.

                                   Paul D. Borman
                                   United States District Judge

                                   David R. Grand
MICHAEL ASTRUE,                      United States Magistrate Judge
Commissioner of Social Security,

    Defendant.

_____/

### OPINION AND ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF NO. 17), (2) GRANTING THE COMMISSIONER'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 16), (3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 12) AND (4) AFFIRMING THE FINDINGS AND CONCLUSIONS OF THE COMMISSIONER

Before the Court is Magistrate Judge David R. Grand's July 31, 2012, Report and Recommendation Denying Plaintiff's Motion for Summary Judgment and Granting Defendant's Motion for Summary Judgment, and Affirming the findings of the Commissioner. (ECF No. 17.)

Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Magistrate Judge's Report and Recommendation (ECF No. 17), DENIES Plaintiff's Motion for Summary Judgment (ECF No. 12), GRANTS Defendant's Motion for Summary Judgment (ECF No. 16), AFFIRMS the findings of the Commissioner and DISMISSES Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated: 9-10-12

                                                   PAUL D. BORMAN
                                                 UNITED STATES DISTRICT JUDGE